**McCARTER & ENGLISH, LLP**
John E. Flaherty
Scott S. Christie
Robert W. Smith
Irene M. Hurtado
245 Park Avenue, 27th Floor
New York, NY 10167
Tel: (212) 609-6800
Fax: (212) 609-6921

Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
Tel: (973) 622-4444
Fax: (973) 624-7070

*Attorneys for Plaintiffs*

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAY 2 4 2011 ★

BROOKLYN OFFICE

IRIZARRY, J.
AZRACK, M.J.

CV11-2504

SUMMONS ISSUED

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

THE HAIN CELESTIAL GROUP, INC., and
CELESTIAL SEASONINGS, INC.,

                    Plaintiffs,

          - against -

ROYAL TEA S.A. de C.V.,
CORPORACION LAGG'S, INC.,
MONTJUIK BRANDS MÉXICO, S.A. de C.V.,
T. IMPERIAL COMPANY, and LAGGS TEA, LLC,

                Defendants.
------------------------------------------------------------X

Docket No.

**COMPLAINT**

Jury Trial Demanded

     Plaintiffs The Hain Celestial Group, Inc. and Celestial Seasonings, Inc. (collectively

"Plaintiffs") for their Complaint, by their attorneys, McCarter & English LLP, aver as follows:

**Parties**

    1.    Plaintiff The Hain Celestial Group, Inc. ("Hain") is a Delaware corporation with

its principal offices at 58 South Service Road, Melville, New York.

ME1 11420165v.6

2.      Plaintiff Celestial Seasonings, Inc. ("Celestial") is a Delaware corporation with its principal offices at 4600 Sleepytime Drive, Boulder, Colorado 80301-3292.  Celestial is in the business of manufacturing, marketing and distributing herbal, black, and green teas and other products.

3.      Upon information and belief, Defendant Royal Tea, S.A. de C.V. ("Royal Tea") is a Mexican corporation with offices at Espana No. 501, San Nicolas Tolentino, Iztapalapa, Ciudad de Mexico, Mexico 09850.

4.      Upon information and belief, Defendant Corporacion Lagg's, Inc. is a Texas corporation with offices at 5065 Westheimer, Suite 600, Houston Texas 77056.

5.      Upon information and belief, Defendant Montjuik Brands México, S.A. de C.V. is a Mexican corporation with offices at Fuentes de Piramides # 1-604 Fuentes de Piramides # Mexico 53950.

6.      Upon information and belief, T. Imperial Company is a Texas corporation with offices at 2543 Gessner Dr., Houston, Texas  77080.

7.      Upon information and belief, Laggs Tea, LLC is a Texas limited liability company with offices at Three Allen Center, 333 Clay Street, 20th Floor, Houston, Texas 77002.

### Jurisdiction and Venue

8.      This action arises out of violations of the United States Trademark Act (the "Lanham Act") 15 U.S.C. §1051, *et. seq.,* and subject matter jurisdiction is therefore conferred upon this Court by 28 U.S.C. §1331 (federal question) and 28 U.S.C. §1338 (trademarks).

9.      Supplemental jurisdiction over the related state law claims is conferred upon this Court by 28 U.S.C. § 1338(b) and 28 U.S.C. §1367.

2

10.     A substantial part of the events or omissions giving rise to the claims occurred in this judicial district.  Accordingly, venue is proper in this judicial district pursuant to 28 U.S.C. §1391(b).

## Factual Background

11.     Hain is a leading natural and organic products company in North America and Europe.  Hain offers such products through a number of subsidiary companies, including Celestial.

12.     Celestial is an industry leader in the United States herbal tea market, a position which Celestial has earned as a result of its originality and decades of painstaking efforts in developing, selling, manufacturing and marketing its products.  Celestial's products have been and are now widely sold throughout the United States and the world, and they are recognized as being among the finest herbal teas available.

13.     Celestial owns the following registrations for marks consisting of or including the term SLEEPYTIME (collectively the "SLEEPYTIME Marks") as used in connection with herbal teas, teas, and dietary supplements ("SLEEPYTIME Products"):

| MARK | U.S. REG. NO. | DATE REGISTERED | GOODS | CLASS |
|---|---|---|---|---|
| SLEEPYTIME | 1,017,548 | August 5, 1975 | Herbal tea | Class 30 |
| SLEEPYTIME EXTRA | 2,292,906 | November 16, 1999 | Herbal tea | Class 30 |
| SLEEPYTIME THROAT TAMER | 3,698,822 | October 20, 2009 | Teas | Class 30 |
| SLEEPYTIME THROAT TAMER | 3,628,370 | May 26, 2009 | Dietary supplements | Class 5 |

3

Annexed as Exhibit A are copies of printouts from the United States Patent and Trademark Office's Trademark Application and Registration Retrieval system ("TARR") concerning the registered trademarks referenced above.

14.     Celestial has continuously used marks consisting of or including the term SLEEPYTIME without interruption on herbal teas and tea offered for sale, promoted, marketed and sold in U.S. Commerce since at least as early as 1972.

15.     As a result of Celestial's extensive promotion, advertising, and sale of its high-quality products bearing the SLEEPYTIME Marks, consumers have come to recognize Celestial as the source of products bearing the SLEEPYTIME Marks.

16.     Celestial recently discovered that defendants are selling herbal teas and tea ("Defendants' Products") under the confusingly similar trademark SLEEPING TIME in the United States (the "SLEEPING TIME Mark").

17.     Upon information and belief, prior to adoption and use of the SLEEPING TIME Mark in the United States, Defendants had prior knowledge of Celestial's rights in and to the SLEEPYTIME Marks because Defendant Royal Tea sought to cancel a Mexican trademark registration owned by Celestial in Mexico for the mark SLEEPYTIME based upon Royal Tea's ownership of registrations for the marks consisting of or including the terms SLEEPING TIME in connection with teas in Mexico.  Upon information and belief, Defendant Royal Tea, during the course of this proceeding in Mexico, obtained knowledge of the nature and extent of Celestial's rights in and to the SLEEPYTIME Marks in the United States.

18.     Recently, Celestial discovered that Defendants are offering for sale and selling Defendants' Products bearing the SLEEPING TIME Mark over the Internet.  Defendants have sold and shipped Defendants' Products bearing the SLEEPING TIME Mark into the State of

4

New York and the State of Arizona. Copies of the receipts evidencing such purchases in New York and Arizona, together with photographs of Defendants' Products bearing the SLEEPING TIME Mark, are attached hereto as Exhibits B and C, respectively.

19. Defendants' use of the SLEEPING TIME Mark constitutes infringement of Celestial's SLEEPYTIME Marks.

20. In addition to using a confusingly similar mark on goods that are identical in type to the SLEEPYTIME Products, Defendants' products travel in the same channels of trade as the SLEEPYTIME Products and are purchased by the same class of consumers.

21. As a result of Defendants' conduct, Celestial has suffered and will continue to suffer damages.

## COUNT I
## TRADEMARK INFRINGEMENT

22. Celestial repeats and realleges each of the foregoing paragraphs as if fully set forth herein.

23. The use by Defendants of a mark that is confusingly similar to the SLEEPYTIME Marks on or in connection with the manufacture, sale, offering for sale and distribution of competing herbal teas and tea is not authorized by Celestial.

24. Defendants' acts constitute trademark infringement under 15 U.S.C. §1114.

25. Defendants' acts will cause a likelihood of confusion, deception of and mistake by buyers, the consuming public and the trade. Defendants' acts create a likelihood that a false and unfair association will be made between Defendants and their infringing products, and the SLEEPYTIME Products, so that buyers in the trade and the purchasing public are likely to believe that Defendants' products are produced or sponsored by Celestial.

26.    Defendants' acts have been committed intentionally, maliciously, fraudulently, and willfully for the purposes of deceiving buyers and the purchasing public into purchasing Defendants' products based on the false belief that such merchandise is an authentic SLEEPYTIME Product, and with the specific intent to appropriate to Defendants and to employ for its own benefit the valuable goodwill and business reputation represented by the SLEEPYTIME Marks.

27.    Defendants' acts have caused and, if allowed to continue, will continue to cause Celestial to suffer substantial irreparable damage and injury.  Celestial has no adequate remedy at law.

28.    As a result of the foregoing, Celestial has lost profits and Defendants have been unjustly enriched.  In addition, Defendants' actions have been extraordinary, entitling Celestial to attorneys' fees and cost of suit, and to such other and further relief as the Court shall deem appropriate in the circumstances.

## COUNT II
## FEDERAL TRADEMARK DILUTION

29.    Celestial repeats and realleges each of the foregoing paragraphs as if fully set forth herein.

30.    As a result of Celestial's long-term, continuous, and extensive use and promotion of its SLEEPYTIME Products bearing the SLEEPYTIME Marks for close to forty years, the SLEEPYTIME Marks are, and were prior to Defendants' misconduct alleged herein, distinctive and famous in the United States, enjoying substantial recognition, goodwill, and association with Celestial.  The public distinguishes Celestial's SLEEPYTIME  Products from those of others on

the basis of the SLEEPYTIME Marks.  The SLEEPYTIME Marks have gained strong public recognition and are eligible for protection against dilution pursuant to 15 U.S.C. § 1125(c).

31.     Defendants' use of the infringing SLEEPING TIME mark as alleged herein is likely to dilute the strength and value of the SLEEPYTIME Marks.

32.     Defendants' conduct has eroded and will continue to erode the extent to which the SLEEPYTIME Marks are associated with Celestial, all to the commercial detriment of Celestial.

33.     Defendants' use of the infringing SLEEPING TIME mark in the unfair and wrongful manner alleged herein is likely to tarnish and/or otherwise degrade the value of the SLEEPYTIME Marks, to the commercial detriment of Celestial.

34.     Defendants' dilution of the distinctive quality of the SLEEPYTIME Marks has caused, and if not enjoined will continue to cause, irreparable harm to Celestial.  Celestial therefore is entitled to injunctive relief.

35.     Defendants' wrongful acts have been committed intentionally, maliciously, fraudulently, and willfully.  Celestial is therefore entitled to an award of its reasonable attorneys' fees and costs, and treble its actual damages, pursuant to Section 35(a) of the Lanham Act, 15 U.S.C. § 1125(c) and 15 U.S.C. § 1117(a).

## COUNT III
## FEDERAL UNFAIR COMPETITION

36.     Celestial repeats and realleges each of the foregoing paragraphs as if fully set forth herein.

37.     By the acts set forth above, Defendants have infringed and continue to infringe Celestial's rights regarding its SLEEPYTIME Marks, in violation of Lanham Act § 43(a), 15 U.S.C. § 1125(a).  Defendants' conduct is likely to cause confusion, mistake and deception

among the general purchasing public, and interfere with Celestial's ability to use its SLEEPYTIME Marks to indicate a single quality-controlled source of goods and services.

38.     Defendants' acts as alleged herein also constitute false designation of origin, unfair competition and false advertising in violation of Lanham Act § 43(a), 15 U.S.C. § 1125(a).

39.     Celestial has suffered, is suffering, and will continue to suffer irreparable injury for which Celestial has no adequate remedy at law.  Celestial is therefore entitled to a permanent injunction against Defendants' further infringing conduct.

40.     Defendants have profited and are profiting from such infringement, and Celestial has been and is being damaged by such infringement.  Celestial is therefore entitled to recover damages from Defendants in an amount to be proved at trial as a consequence of Defendants' infringing activities.

41.     Defendants' aforesaid wrongful conduct has been willful, wanton and malicious, and done with an intent to deceive.  Celestial is therefore entitled to an award of its reasonable attorneys' fees and costs, and treble its actual damages, pursuant to 15 U.S.C. § 1117(a).

## COUNT IV

## STATE AND COMMON LAW CLAIMS

42.     Celestial repeats and realleges each of the foregoing paragraphs as if fully set forth herein.

43.     Defendants have unfairly competed with Celestial by infringing upon the SLEEPYTIME Marks and Celestial's exclusive right to use the same in the United States, in violation of the laws of the State of New York and the laws of any and all other states in which Defendants have advertised, offered for sale and/or sold its infringing products.

44.     Celestial requests restitution or disgorgement of Defendants' profits in an amount to be shown at any trial of this action.

45.     Celestial is further entitled to compensatory damages based on damage to its goodwill and business reputation that have been caused by Defendants' unfair and competitive acts.

## **PRAYER FOR RELIEF**

WHEREFORE, Celestial respectfully demands judgment:

(1)     That Defendants and their agents, servants, employees, attorneys, successors and assignees, and all persons in active concert or participation with any of them, be permanently enjoined and restrained from:

(a)     Using in any manner the mark "SLEEPING TIME", the SLEEPYTIME Marks, the term SLEEPYTIME alone or in combination with any other words, or any other designation or mark confusingly similar to the SLEEPYTIME Marks, including, but not limited to, selling, offering for sale, displaying, promoting or advertising products in connection with the mark "SLEEPING TIME", the SLEEPYTIME Marks, the term SLEEPYTIME alone or in combination with any other words, or any other designation or mark confusingly similar to the SLEEPYTIME Marks;

(b)     Passing off, inducing, or enabling others to sell or pass off any products that do not emanate from Celestial or that are not distributed under the control and supervision of Celestial and approved by Celestial for sale as products distributed by or with the approval of Celestial;

9

(c)     Falsely advertising any products as emanating from Celestial that are not distributed under the control and supervision of Celestial and approved by Celestial for sale under the SLEEPYTIME Marks;

(d)     Committing any act calculated to cause purchasers to falsely believe that Defendants' products are those sold or produced under the control and supervision of, or were sponsored, approved or connected with or guaranteed by, Celestial;

(e)     Shipping, importing, delivering, distributing, returning, or otherwise disposing of in any manner products or inventory bearing the infringing SLEEPING TIME Mark;

(f)     Further infringing the SLEEPYTIME Marks and damaging Celestial's goodwill and business reputation;

(g)     Otherwise competing unfairly with Celestial in any manner; and

(h)     Continuing to perform in any manner whatsoever any act deemed contrary to law by this Court.

(2)     That Defendants be required to deliver up for destruction their entire inventory of infringing products.

ME1 11420165v.6

(3)     That Defendants be required immediately to deliver to Celestial for destruction any and all circulars, price lists, labels, signs, prints, packages, wrappers, receptacles, advertising matter, promotional and other material in their possession or control (i) bearing the infringing SLEEPING TIME mark, the SLEEPYTIME Marks or any confusingly similar marks, or the term SLEEPYTIME alone or in combination with any other words, or (ii) used in connection with the advertising, offering for sale, or sale of products not made by or under the authorization and control of Celestial.

(4)     That Defendants be required to provide to Celestial a complete list of persons and entities from whom it purchased, and to whom it distributed and/or sold, products bearing the infringing SLEEPING TIME mark.

(5)     That Defendants, within 30 days after service of judgment, with notice of entry thereof upon it, be required to file with the Court and serve upon Celestial a written report under oath setting forth in detail the manner in which they have complied with paragraphs 1 through 4 above.

(6)     That Defendants be required to pay to Celestial, in accordance with 15 U.S.C. § 1117(b), such damages as Celestial has suffered in consequence of Defendants' infringement of the SLEEPYTIME Marks and from the above-described acts of misrepresentation, unfair competition, and unfair trade practices, including the following:

(a)     Three times all gains and profits derived by Defendants from the above described acts of misrepresentation, trademark infringement, unfair competition, and unfair trade practices, or, in the alternative, three times Celestial's lost profits, whichever is greater; and

(b)     All costs and attorneys' fees incurred by Celestial in this action.

(7)    That Celestial have such other and further relief as the Court deems just and proper, including, but not limited to relief ordered under 15 U.S.C. § 1117.

## JURY DEMAND

Plaintiff hereby demands a jury trial pursuant to Rule 38(b) of the Federal Rules of Civil Procedure for all issues so triable.

MCCARTER & ENGLISH, LLP

By _____
John E. Flaherty
Scott S. Christie
Robert W. Smith
Irene M. Hurtado

245 Park Avenue, 27th Floor
New York, NY  10167
Tel: (212) 609-6800
Fax: (212) 609-6921

and

Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
Tel: (973) 622-4444
Fax: (973) 624-7070

*Attorneys for Plaintiffs*

Dated:  May 24, 2011

12



Latest Status Info                                                                Page 1 of 3

**Thank you for your request. Here are the latest results from the TARR web server.**

**This page was generated by the TARR system on** 2011-05-16 17:43:36 ET

**Serial Number:** 73037121 Assignment Information          Trademark Document Retrieval

**Registration Number:** 1017548

**Mark (words only):** SLEEPYTIME

**Standard Character claim:** No

**Current Status:** The registration has been renewed.

**Date of Status:** 2004-09-23

**Filing Date:** 1974-11-14

**Transformed into a National Application:** No

**Registration Date:** 1975-08-05

**Register:** Principal

**Law Office Assigned:** (NOT AVAILABLE)

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at** TrademarkAssistanceCenter@uspto.gov

**Current Location:** 40S -Scanning On Demand

**Date In Location:** 2011-03-18

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. CELESTIAL SEASONINGS, INC.

**Address:**
CELESTIAL SEASONINGS, INC.
4600 SLEEPYTIME DRIVE
BOULDER, CO 80301-329
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Delaware

---

## GOODS AND/OR SERVICES

**International Class:** 030
**Class Status:** Active

Latest Status Info

**HERB TEA**
**Basis:** 1(a)
**First Use Date:** 1972-12-14
**First Use in Commerce Date:** 1972-12-14

---

## ADDITIONAL INFORMATION

(NOT AVAILABLE)

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

**NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.**

2011-03-18 - Case File In TICRS

2011-03-04 - Case File In TICRS

2004-09-23 - Second renewal 10 year

2004-09-23 - Section 8 (10-year) accepted/ Section 9 granted

2004-08-17 - Combined Section 8 (10-year)/Section 9 filed

2004-08-17 - TEAS Section 8 & 9 Received

2003-03-31 - TEAS Change Of Correspondence Received

2000-12-15 - Section 7 amendment issued

2000-10-23 - Response received for Post Registration action

2000-09-13 - Post Registration action mailed - Section 7

2000-04-03 - Section 7 amendment filed

1996-03-18 - First renewal 10 year

1995-11-24 - Response received for Post Registration action

1995-10-27 - Post Registration action mailed - Section 9

1995-08-02 - Section 9 filed/check record for Section 8

1992-01-04 - Counter claim opp. for Proceeding No.

Latest Status Info

1981-10-25 - Section 8 (6-year) accepted & Section 15 acknowledged

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
ROBERT W. SMITH

**Correspondent**
ROBERT W. SMITH
MCCARTER & ENGLISH, LLP
4 GATEWAY CENTER
100 MULBERRY STREET
NEWARK NJ 07101-0625
Phone Number: 973-622-4444
Fax Number: 973-624-7070

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2011-05-16 17:47:31 ET

**Serial Number:** 75615987 <u>Assignment Information</u>          <u>Trademark Document Retrieval</u>

**Registration Number:** 2292906

**Mark (words only):** SLEEPYTIME EXTRA

**Standard Character claim:** No

**Current Status:** The registration has been renewed.

**Date of Status:** 2009-11-18

**Filing Date:** 1999-01-05

**Transformed into a National Application:** No

**Registration Date:** 1999-11-16

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 101

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>**

**Current Location:** (NOT AVAILABLE)

**Date In Location:** 2009-11-18

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Celestial Seasonings, Inc.

**Address:**
Celestial Seasonings, Inc.
4600 Sleepytime Drive
Boulder, CO 80301
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Delaware

---

## GOODS AND/OR SERVICES

**International Class:** 030
**Class Status:** Active

Herb tea
**Basis:** 1(a)
**First Use Date:** 1998-12-01
**First Use in Commerce Date:** 1998-12-01

---

## ADDITIONAL INFORMATION

**Prior Registration Number(s):**
1017548
2189164

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

**NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.**

2009-11-18 - First renewal 10 year

2009-11-18 - Section 8 (10-year) accepted/ Section 9 granted

2009-11-16 - TEAS Section 8 & 9 Received

2006-06-15 - Case File In TICRS

2005-12-23 - Section 8 (6-year) accepted & Section 15 acknowledged

2005-11-11 - Section 8 (6-year) and Section 15 Filed

2005-11-11 - TEAS Section 8 & 15 Received

2003-03-31 - TEAS Change Of Correspondence Received

1999-11-16 - Registered - Principal Register

1999-08-24 - Published for opposition

1999-07-23 - Notice of publication

1999-04-28 - Approved for Pub - Principal Register (Initial exam)

1999-04-22 - Assigned To Examiner

---

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Robert W. Smith

**Correspondent**
Robert W. Smith
MCCARTER & ENGLISH, LLP
100 MULBERRY STREET
Four Gateway Center
NEWARK NJ 07102
Phone Number: 973-624-4444
Fax Number: 973-624-7070

Latest Status Info

**Thank you for your request. Here are the latest results from the TARR web server.**

**This page was generated by the TARR system on** 2011-05-16 17:45:27 ET

**Serial Number:** 77441489 Assignment Information      Trademark Document Retrieval

**Registration Number:** 3628370

**Mark**

SLEEPYTIME THROAT TAMER

**(words only):** SLEEPYTIME THROAT TAMER

**Standard Character claim:** Yes

**Current Status:** Registered. The registration date is used to determine when post-registration maintenance documents are due.

**Date of Status:** 2009-05-26

**Filing Date:** 2008-04-07

**Transformed into a National Application:** No

**Registration Date:** 2009-05-26

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 115

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov**

**Current Location:** 650 -Publication And Issue Section

**Date In Location:** 2009-04-23

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Celestial Seasonings, Inc.

**Address:**
Celestial Seasonings, Inc.

Latest Status Info

4600 Sleepytime Drive
Boulder, CO 80301
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Delaware

---

## GOODS AND/OR SERVICES

**International Class:** 005
**Class Status:** Active
Dietary supplements
**Basis:** 1(a)
**First Use Date:** 2009-01-31
**First Use in Commerce Date:** 2009-01-31

---

## ADDITIONAL INFORMATION

**Prior Registration Number(s):**
1017548
2189164
2292906

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

**NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.**

2009-05-26 - Registered - Principal Register

2009-04-23 - Law Office Registration Review Completed

2009-04-22 - Allowed for Registration - Principal Register (SOU accepted)

2009-04-22 - Statement Of Use Processing Complete

2009-04-08 - Use Amendment Filed

2009-04-22 - Case Assigned To Intent To Use Paralegal

2009-04-08 - TEAS Statement of Use Received

2008-11-18 - NOA Mailed - SOU Required From Applicant

2008-08-26 - Published for opposition

2008-08-06 - Notice of publication

2008-07-22 - Law Office Publication Review Completed

2008-07-22 - Assigned To LIE

2008-07-22 - Approved For Pub - Principal Register

2008-07-22 - Examiner's Amendment Entered

2008-07-22 - Notification Of Examiners Amendment E-Mailed

2008-07-22 - Examiners amendment e-mailed

2008-07-22 - Examiners Amendment -Written

2008-07-18 - Assigned To Examiner

2008-04-11 - Notice Of Pseudo Mark Mailed

2008-04-10 - New Application Entered In Tram

---

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Robert W. Smith

**Correspondent**
ROBERT W. SMITH
MCCARTER & ENGLISH, LLP
FOUR GATEWAY CENTER
100 MULBERRY STREET
NEWARK, NJ 07102
Phone Number: 973-622-4444
Fax Number: 973-624-7070

---

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2011-05-16 17:44:35 ET

**Serial Number:** 77709332 <u>Assignment Information</u>        <u>Trademark Document Retrieval</u>

**Registration Number:** 3698822

**Mark**


SLEEPYTIME THROAT TAMER


**(words only):** SLEEPYTIME THROAT TAMER

**Standard Character claim:** Yes

**Current Status:** Registered. The registration date is used to determine when post-registration maintenance documents are due.

**Date of Status:** 2009-10-20

**Filing Date:** 2009-04-08

**Transformed into a National Application:** No

**Registration Date:** 2009-10-20

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 102

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>**

**Current Location:** 650 -Publication And Issue Section

**Date In Location:** 2009-10-20

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Celestial Seasonings, Inc.

**Address:**
Celestial Seasonings, Inc.

4600 Sleepytime Drive
Boulder, CO 80301
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Delaware

---

## GOODS AND/OR SERVICES

---

**International Class:** 030
**Class Status:** Active
Teas
**Basis:** 1(a)
**First Use Date:** 2009-01-31
**First Use in Commerce Date:** 2009-01-31

---

## ADDITIONAL INFORMATION

---

**Disclaimer:** "THROAT"

**Prior Registration Number(s):**
1017548
2292906
3628370

---

## MADRID PROTOCOL INFORMATION

---

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

---

**NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.**

2009-10-20 - Registered - Principal Register

2009-08-04 - Published for opposition

2009-07-15 - Notice of publication

2009-06-29 - Law Office Publication Review Completed

2009-06-29 - Assigned To LIE

2009-06-22 - Approved for Pub - Principal Register (Initial exam)

2009-06-17 - Teas/Email Correspondence Entered

2009-06-17 - Communication received from applicant

Case 1:11-cv-02504-DLI-JXA Document 1 Filed 05/24/11 Page 26 of 37 PageID #: 26

**amazon**.com

## Final Details for Order #002-0919787-5472267
Print this page for your records.

**Order Placed:** November 19, 2010
**Amazon.com order number:** 002-0919787-5472267
**Order Total:** $19.25

### Shipped on November 22, 2010

| Items Ordered | Price |
|---|---|
| 1 of: *Lagg's Tea Sleeping Time Tea, 30-Count Tea Bags (Pack of 6)*<br>Condition: New<br>Sold by: Amazon.com, LLC | $12.37 |

**Shipping Address:**

SHIRLEY, NY 11967-1344
United States

**Shipping Speed:**
Standard Shipping

| | |
|---|---|
| Item(s) Subtotal: | $12.37 |
| Shipping & Handling: | $6.88 |
| | ----- |
| Total Before Tax: | $19.25 |
| Sales Tax: | $0.00 |
| | ----- |
| **Total for This Shipment:** | **$19.25** |
| | ----- |

### Payment Information

**Payment Method:**
American Express |

**Billing Address:**

port washington, ny 11050
United States

| | |
|---|---|
| Item(s) Subtotal: | $12.37 |
| Shipping & Handling: | $6.88 |
| | ----- |
| Total Before Tax: | $19.25 |
| Estimated Tax To Be Collected: | $0.00 |
| | ----- |
| **Grand Total:** | **$19.25** |

To view the status of your order, return to Order Summary.

**Please note:** This is not a VAT invoice.

Conditions of Use | Privacy Notice © 1996-2011, Amazon.com, Inc. or its affiliates









Lagg's

## MODO DE PREPARACIÓN / DIRECTIONS

TÉ CALIENTE: Hierva la cantidad de agua necesaria para las tazas que va a servir. Use una bolsita de Té Lagg's® dejándola reposar de 3 a 5 minutos. Para utilizarse en horno de microondas: coloque una bolsita de Té Lagg's® en una taza con agua e introdúzcala al horno a una temperatura alta (high) por 15 segundos.

TÉ HELADO: Siga las mismas instrucciones que para el té caliente y mantenga la bolsita en el agua el doble de tiempo para que la infusión sea mayor. Agregue hielo al gusto y si desea azúcar y/o limón.

HOT TEA: Pour boiling water over tea bag and let it set for 3-5 minutes to brew one Lagg's® tea bag per cup. For microwave heating, set it on high for 90 seconds. Flip tea bag and down for 15 seconds. For a stronger flavor dip the tea bag for a longer period of time. Add sugar if sweetener if desired.

ICED TEA: Pour one quart of boiling water over 3 tea bags and let set to brew for 10 minutes. Add sugar or sweetener if desired.

Distributed in the U.S.A. by:

T. Imperial Company
Houston, TX 77080
100% HERBS FROM
MÉXICO

Herbal Tea
Sleeping Time
Duerme TE
www.laggstea.com

Lagg's

Exhibit C

# FOOD CITY

Welcome To Food City #103
4239 W. McDowell Rd.
Phoenix, AZ 85009
Store Director - James Cole
602-278-2402

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Food City #103
4239 W. McDowell Rd.
Phoenix, AZ 85009

## Purchase                $6.12

AMERICAN EXPRESS   #     \*\*\*\*\*\*\*\*\*\*2000
Lane # 05          Checker # 102
11/10/10  11:45    Ref # 148761963

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*


LAGGS CHAMOMILE
1 @   2 FOR    3.00          1.50   \*
LAGGS HIBISCUS
1 @   2 FOR    3.00          1.50   \*
LAGGS PEPPERMNT
1 @   2 FOR    3.00          1.50   \*
LAGGS SLEEPING TEA
1 @   2 FOR    3.00          1.50   \*

**BALANCE DUE**                6.12
American Express            6.12
[S] \*\*\*\*\*\*\*\*\*\*\*2000
  Auth # 508956   Ref # 1487  '?
CHANGE                        ..

SUB TOTAL                  6.00
TOTAL TAX                  0.12
TOTAL                      6.12

----------------------------------------


CO102    #0022    11:45:23   10NOV2010
          S00103    R005

**COMPARTA SU
EXPERIENCIA DE SUS
COMPRAS CON NOSOTROS
WWW.MYFOODCITY.COM
CLICK "CONTACT US"**

GRACIAS ARIZONA POR SU CONSTANTE
APOYO Y PATRANCINIO

SIN
CAFEÍNA
100% NATURAL
MICROWAVEABLE

Té Sleeping Time®
Herbal Tea *Sleeping Time*



Laggs



25
bolsas





Laggs



Distributed in the U.S.A. by

T. Imperial Company
Houston TX 77066
100% HERBS FROM
MEXICO

Herbal Tea
Sleeping Time
Te Sleeping Time

MODO DE PREPARACION / DIRECTIONS



Laggs

25 BAGS

